# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

**MEMBER OF THE BAR**          **TEL. (212) 686-8111**
**NEW YORK & FLORIDA**          **FAX. (212) 202-7800**
                                                    E-MAIL: rpalma177@gmail.com

January 7, 2020

Honorable Laura Taylor Swain
United States District Judge
United States District Court for S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

      **Re:**    **U.S. v. Jamil Speller, 13 Cr. 986 (LTS)**
              **Defense Counsel Affirmation.**

Dear Judge Swain:

      In my best effort to comply with Your Honor's December 20, 2019 order requiring me to inform the Court *"regarding whether, and to what extent, a Johnson appeal was considered and why no such appeal was filed,"* I have endeavored to recreate my mindset of more than 4 years ago by reviewing the Indictment, Plea Agreement, Guilty Plea and Sentencing hearing transcripts. I also spoke briefly with Federal Defenders Staff Attorney Barry Leiwant. Having taken such steps to refresh my memory, I can assert the following with some confidence.

1. Noting that United States v. Johnson, 135 F.3d 2551 (2015) was decided in June 2015, I generally recall considering the possible impact of this decision on Jamil Speller's 924(c) conviction. I also recall thinking that, were it successful, any appeal on Johnson or similar grounds that his plea agreement's appeal waiver would permit, would likely subject Mr. Speller to re- prosecution for the most serious count in the indictment, the (b)(1)(A) drug trafficking conspiracy that was dismissed as part of the plea agreement, a count which carried a minimum mandatory 10-year prison term.

2. Based on this harsh reality I believed I had achieved the most beneficial result available under the circumstances. I therefore abandoned further consideration of the matter and, believing that it was in his best interests to honor the agreement, did not consult with Mr. Speller about filing a notice of appeal.

    If there are any further questions about this matter, I am available to the Court upon further instructions.

      Thank you.

                                                      Respectfully submitted,
                                                      s/ Richard Palma
                                                      Richard Palma (Bar No. rp 4441)