UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES,

                              Plaintiff,

-against-

JAMIL SPELLER,

                              Defendant.

-------------------------------------------------------x

No. 13 CR 986-LTS
No. 16 CV 1884-LTS

## ORDER

The Court has received a letter, dated January 7, 2020, (Docket Entry No. 279) from Petitioner's trial counsel which purports to comply with the Court's order, dated December 20, 2019, (Docket Entry No 277), directing him to file an affidavit explaining his decision not to invoke <u>Johnson</u> in an appeal of Petitioner's conviction. The January 7 letter is not an affidavit.

Accordingly, Mr. Palma is directed to file an affidavit, or declaration in the form prescribed by 28 U.S.C. § 1746, in compliance with the Court's order of December 20, 2019, no later than **Monday, January 13, 2020**.

SO ORDERED.

Dated: New York, New York
       January 8, 2020

                                               /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             United States District Judge

Copy Mailed to:     Richard Palma, Esq.
                             381 Park Ave S., Ste 701
                             New York, NY 10016

Copy e-mailed to:    Richard Palma, Esq.
                             rpalma@verizon.net